IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-232-GCM

| | |
|---|---|
| JAME CHARLEA TIERNEY,<br>Individually,<br>　　　　　Plaintiff,<br>　v.<br>WYETH, d/b/a WYETH<br>PHARMACEUTICALS,<br>　　　　　Defendant. | ORDER GRANTING<br>ADMISSION PRO HAC VICE |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Plaintiff to allow **Arnold Anderson Vickery** to appear *Pro Hac Vice*, dated June 3, 2011 [doc. # 33].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Vickery has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: June 8, 2011

Graham C. Mullen
United States District Judge