IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-232-GCM

| | |
|---|---|
| JAME CHARLEA TIERMEY, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| WYETH ) | |
| d/b/a WYETH PHARMACEUTICALS, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant to allow **Andrew C. Efaw** to appear *Pro Hac Vice*, dated June 15, 2011 [doc. # 38].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Efaw has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: June 27, 2011

Graham C. Mullen
United States District Judge