IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-232-GCM

| | | |
|---|---|---|
| JAME CHARLEA TIERNEY, | ) | |
|       Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| WYETH dba WYETH PHARMACEUTICALS, | ) ) | |
|       Defendant, | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. Parties are directed to appear for a Status Conference on **September 14, 2011, at 2:00 p.m. in Courtroom #3.**

IT IS SO ORDERED.

Signed: July 25, 2011

Graham C. Mullen
United States District Judge